76,736-03

CAUSE NO. 1056657-B

EX PARTE ROSALI BONILLA          §        IN THE 179 Th DISTRICT

                                 §

V                                §        COURT OF HARRIS COUNTY

STATE OF TEXAS                   §        TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS
AUG 06 2015
Abel Acosta, Clerk

MOTION TO COMPEL
----------------

TO: THE HONORABLE JUDGE OF SAID COURT,

NOW COMES ROSALI BONILLA, PRO SE, and humbly ask this Honorable Court of Criminal Appeals to compel the District Court of Harris County, Texas, to answer Bonilla's letter and to take action on his case, cause number mention above. In support of this motion Bonilla submits the following,

On Feb. 11, 2015, the state's proposed order designating issues stating that the following issues need to be resolved in the present case:

1. whether the applicant was denied effective assistance of trial counsel,

2. whether the applicant was denied a fair trial due to prosecutorial misconduct.

Therefore, pursuant to Article 11.07 §3(d), this Court will resolve the above-cited issues and then enter finding of fact. So far, I haven't heard any action taken by the Harris County Courthouse concerning my case.

I have sent several letters seeking information concerning my case, so far no answer. I haven't received any answer or information on this subject.

I humbly ask this Honorable Court to compel the District Court of Harris County to answer my letters and to take the action necessary to resolve my case.

SINCERELY SUBMITTED,

8/3/2015                    /s/ Rosali Bonilla
                                PRO SE